```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

EMILIO ESPINAL,

                Petitioner,

- against -

UNITED STATES,

                Respondent.

------------------------------------------------x

08 Civ. 7029 (TPG)
92 Cr. 338 (TPG)

**ORDER**

    Petitioner has applied to this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. In accordance with Rule 4(b) of the Rules Governing Section 2255 Cases in the United States Courts, I have considered the petition preliminarily and direct that the United States Attorney file an answer within thirty (30) days of the date of this order.

    The Clerk of the Court is directed to serve, by certified mail, a copy of this order and the underlying petition on respondent, the United States Attorney's Office of the Southern District of New York.

Dated: New York, New York
         August 28, 2008

SO ORDERED

*Thomas P. Griesa*

Thomas P. Griesa
U.S.D.J.